NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WESLEY SINCLAIR RICKS,**

*Plaintiff-Appellant*

**v.**

**UNITED STATES,**

*Defendant-Appellee*

---

2026-1631

---

Appeal from the United States Court of Federal Claims in No. 1:26-cv-00304-EHM, Judge Edward H. Meyers.

---

**ON MOTION**

---

PER CURIAM.

## O R D E R

Wesley Sinclair Ricks, who was then and remains incarcerated, filed a complaint in the United States Court of Federal Claims related to his criminal conviction. That court concluded that he was ineligible for *in forma pauperis* ("IFP") status under 28 U.S.C. § 1915(g) and directed him

to pay the filing fee or face dismissal.[1] Mr. Ricks appeals[2], submits his brief, and moves for various relief.

Mr. Ricks's opening brief fails to raise any cogent, non-frivolous argument as to why the Court of Federal Claims's IFP determination was incorrect. Instead, his brief appears to simply challenge the basis for his conviction. Because no substantial question regarding the outcome of the appeal exists, we summarily affirm. *See Joshua v. United States*, 17 F.3d 378, 380 (Fed. Cir. 1994).

Accordingly,

IT IS ORDERED THAT:

(1) The Court of Federal Claims's denial of Mr. Ricks's motion to proceed IFP is summarily affirmed.

(2) All pending motions are denied.

---

[1] As Mr. Ricks concedes, he has at least three prior actions or appeals that were dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. ECF No. 5 at 1.

[2] Subsequent to Mr. Ricks's notice of appeal, the Court of Federal Claims granted the United States's motion to dismiss this matter for lack of subject matter jurisdiction. Mr. Ricks separately has appealed the dismissal.

RICKS v. US                                                                                      3

(3)  Each party shall bear its own costs.

FOR THE COURT



Jarrett B. Perlow
Clerk of Court

August 13, 2026
Date